## DISCIPLINARY DOCKET

**92–2246.** In re Pincus. *Sua sponte,* this matter is referred to Disciplinary Counsel.